AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Trustees of the Teamsters Local 631 Security Fund for Southern Nevada,

           Plaintiff,

V.

American Tradeshow, Inc.,

           Defendant.

**AMENDED DEFAULT JUDGMENT**

Case Number: 2:10-cv-00777-GMN-RJJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of Plaintiffs Trustees of the Teamsters Local 631 Security Fund for Southern Nevada for (1) the sum of $74,356.00 for delinquent contributions; (2) the sum of $14,871.00 for liquidated damages; (3) the sum of $14,979.00 in interest, and (4) $11,713.00 for attorney's fees and cost for a total sum due and owing from Defendant American Tradeshow, Inc. to Plaintiffs Trustees of the Teamsters Local 631 Security Fund for Southern Nevada in the amount of $115,919.00.

December 22, 2011                               /s/ Lance S. Wilson

Date                                                       Clerk

                                                               /s/ Aaron Blazevich

                                                               (By) Deputy Clerk